1. Rabinowitz, Chief Justice, and Matthews, Justice, would remand to the commissioner, with

Michael F. **BEIRNE** and Lake Otis Clinic, Inc., an Alaskan non-profit corporation, Appellants,

v.

Robert London **SMITH**, Commissioner of the Department of Health and Social Services; the Department of Health and Social Services of the State of Alaska; Humana Hospital Alaska, Inc., an Alaska corporation; and the Sisters of Providence in Washington, d/b/a Providence Hospital, Appellees.

No. S–810.

Supreme Court of Alaska.

Aug. 27, 1985.

Rehearing Denied Sept. 16, 1985.

Before RABINOWITZ, C.J., and BURKE, MATTHEWS and MOORE, JJ.

ORDER

IT IS HEREBY ORDERED:

The judgment of the superior court is AFFIRMED by an evenly divided court.[1]

COMPTON, J., not participating.

instructions to file a decisional document explaining the basis of his decision.